**FELA HEARING LOSS CASES. MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE MARGOLIS.**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS E. BAKUTIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>02 CV 1877 (SRU) |
| MAURICE BARRETT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03 CV 0180 (AWT) |
| DAVID BETRIX )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03 CV 0181 (WWE) |

1

| | |
|---|---|
| MICHAEL BETTINI            )<br>                                              )<br>         Plaintiff,              )<br>                                              )<br>v.                                          )<br>                                              )<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.             )<br>                                              )<br>         Defendants.           )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 2030 (RNC) |
| ROBERT BLACK              )<br>                                              )<br>         Plaintiff,              )<br>                                              )<br>v.                                          )<br>                                              )<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.             )<br>                                              )<br>         Defendants.           )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 1873 (AVC) |
| THOMAS BYRNE, SR.      )<br>                                              )<br>         Plaintiff,              )<br>                                              )<br>v.                                          )<br>                                              )<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.             )<br>                                              )<br>         Defendants.           )<br>_____) | CIVIL ACTION<br>NO.: 3:03 CV 0182 (CFD) |

| | |
|---|---|
| JAMES E. CAFFREY )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>    Defendants. )<br>) | CIVIL ACTION NO.:<br>3:02 CV 1884 (CFD) |
| PAUL F. CIUZIO )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 2032(JBA) |
| SAMUEL J. COMPO )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 1675 (PCD) |

3

| | |
|---|---|
| FRANK DiLORENZO )<br>)<br>         Plaintiff,       )<br>v.                                   )<br>                                      )<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.              )<br>                                      )<br>         Defendants.    )<br>_____) | CIVIL ACTION<br>NO.: 3:03 CV 0183 (AWT) |
| RICHARD FANNING )<br>)<br>         Plaintiff,       )<br>v.                                   )<br>                                      )<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.              )<br>                                      )<br>         Defendants.    )<br>_____) | CIVIL ACTION<br>NO.:   3:02 CV 2034 (SRU) |
| THOMAS FARLEY )<br>)<br>         Plaintiff,       )<br>v.                                   )<br>                                      )<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.              )<br>                                      )<br>         Defendants.    )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 2035 (WWE) |

| | |
|---|---|
| ROBERT L. FUDA<br><br>      Plaintiff,<br>v.<br><br>METRO-NORTH RAILROAD<br>COMPANY, et al.<br><br>      Defendants. | CIVIL ACTION<br>NO.:   3:02 CV 1678 (RNC) |
| JOHN P. GEARY<br><br>      Plaintiff,<br>v.<br><br>METRO-NORTH RAILROAD<br>COMPANY, et al.<br><br>      Defendants. | CIVIL ACTION<br>NO.:   3:02 CV 1679 (WWE) |
| CLYDE GIBBS<br><br>      Plaintiff,<br>v.<br><br>METRO-NORTH RAILROAD<br>COMPANY, et al.<br><br>      Defendants. | IVIL ACTION<br>NO.:   3:02 CV 2037 (WWE) |

| | |
|---|---|
| DENNIS INCONSTANTI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>NO.: 3:03 CV 0184 (JCH) |
| THOMAS INFANTINO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>NO.:   3:02 CV 2038(GLG) |
| JOHN F. JOHNSON, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>NO.: 3:03 CV 0185 (GLG) |

| | |
|---|---|
| CHARLES A. KANE           )<br>                           )<br>        Plaintiff,        )<br>                           )<br>v.                         )<br>                           )<br>METRO-NORTH RAILROAD       )<br>COMPANY, et al.           )<br>                           )<br>        Defendants.       )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 1878 (CFD) |
| KARL KAUTZ                )<br>                           )<br>        Plaintiff,        )<br>                           )<br>v.                         )<br>                           )<br>METRO-NORTH RAILROAD       )<br>COMPANY, et al.           )<br>                           )<br>        Defendants.       )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 1874 (JBA) |
| THOMAS KINIRY             )<br>                           )<br>        Plaintiff,        )<br>                           )<br>v.                         )<br>                           )<br>METRO-NORTH RAILROAD       )<br>COMPANY, et al.           )<br>                           )<br>        Defendants.       )<br>_____) | CIVIL ACTION<br>NO.:  3:02 CV 01680 (JBA) |

| | |
|---|---|
| FREDERICK N. KOVAL )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>         Defendants. )<br>_____) | CIVIL ACTION NO.:<br>3:02 CV 1879 (GLG) |
| RICHARD J. LASKEVITCH )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>         Defendants. )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 1676 (GLG) |
| SIGISMONDO LOVERME, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>         Defendants. )<br>_____) | CIVIL ACTION NO.:<br>3:02 CV 1880 (PCD) |

| | |
|---|---|
| HENRY MACKEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:02 CV 1881 (AWT) |
| JERRY D. PATTERSON, SR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>3:02 CV 1874 (JBA) |
| JOHN RAGGI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 1681 (GLG) |

| | |
|---|---|
| PEDRO RODRIGUEZ )<br>)<br>            Plaintiff,  )<br>)<br>v.          )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.    )<br>)<br>            Defendants.  )<br>           ) | CIVIL ACTION<br>NO.: 3:03 CV 0188 (JBA) |
| EDWARD P. RUSSO )<br>)<br>            Plaintiff,  )<br>)<br>v.          )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.    )<br>)<br>            Defendants.  )<br>           ) | CIVIL ACTION<br>NO.:   3:02 CV 1682 (JCH) |
| ANTONIO P. SARTORI, JR. )<br>)<br>            Plaintiff,  )<br>)<br>v.          )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al.    )<br>)<br>            Defendants.  )<br>           ) | CIVIL ACTION<br>NO.:   3:02 CV 2039(PCD) |

10

| | |
|---|---|
| ALFRED C. SCHUMACHER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>NO.: 3:02 CV 1875 (AHN) |
| JAMES R. SCOFIELD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br>NO.:   3:02 CV 1683 (JCH) |
| MICHAEL SELMONT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO.:<br>3:02 CV 1677 (GLG) |

| | |
|---|---|
| RICHARD STARR )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>   Defendants. )<br>_____) | CIVIL ACTION NO.:<br>3:02 CV 1874 (JBA) |
| TIMOTHY STRAND )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>   Defendants. )<br>_____) | CIVIL ACTION<br>NO.:   3:02 CV 1683 (JCH) |
| MILLARD J. SULLIVAN )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>   Defendants. )<br>_____) | CIVIL ACTION<br>NO.:   3:02 CV 1684 (JCH) |

12

| | |
|---|---|
| TIMOTHY SWEENEY )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>      Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 1872 (RNC) |
| LAWRENCE TRAMAGLINI )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>      Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:02 CV 2040 (SRU) |
| JOSEPH WALZ )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>      Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 2041 (DJS) |

| | |
|---|---|
| ROBERT WEST )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03 CV 0190 (AWT) |
| BILLY JOE WILSON )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:02 CV 1876 (DJS) |

14

| | |
|---|---|
| ROBERT F. WRIGHT )<br>)<br>　　　Plaintiff, )<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>　　　Defendants. )<br>_____ ) | CIVIL ACTION<br>NO.: 3:03 CV 0191 (RNC)<br><br><br><br><br><br>December 10, 2003 |

## DEFENDANTS', CONSOLIDATED RAIL CORPORATION AND AMERICAN FINANCIAL GROUP, INC.'S, MOTION TO COMPEL PLAINTIFFS' RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS FOR FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY

The defendants, Consolidated Rail Corporation ("Conrail") and American Financial Group ("American") hereby move, pursuant to Fed. R. Civ. P. 26(b), 37(a), 37(c) and L. Civ. R. 31, that this Honorable Court compel the above-referenced plaintiffs to respond to the defendants' *Requests for Production of Documents*, and sanction the plaintiffs for failing to make required disclosures, failing to cooperate in discovery and making false and misleading disclosures. The defendants hereby certify that the defendants' counsel conferred in good faith with the plaintiffs' counsel on November 12, 2003, and that the parties were unable to resolve the issues discussed herein. See *Certification Pursuant to Fed. R. Civ. P. 37(a)* and *Local Rule 9(d)(2)* attached hereto. In support of this *Motion,* the defendants file their *Memorandum of*

**ORAL ARGUMENT REQUESTED**

15

*Law* herewith.

                                      Respectfully submitted,
                                      CONSOLIDATED RAIL CORPORATION and
                                      AMERICAN FINANCIAL GROUP, INC.,
                                      By their Attorneys,

                                      _____
                                      Michael B. Flynn,#ct21215
                                      Lori A. McCarthy #ct19557
                                      FLYNN & ASSOCIATES, P.C.
                                      189 State Street, Sixth Floor
                                      Boston, MA 02109
                                      (617)722-8253
                                      (617)722-8254 (facsimile)

## **CERTIFICATION**

      This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of December, 2003, to the following:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

                                        _____
                                        Lori A. McCarthy

G:\F & A\CASE FILES\CSX OCCUPATIONAL\HEARING LOSS\General Hearing Loss\Pleadings\Defs motion to compel rrpd.12.10.03.doc