IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x

KARL KAUTZ                                :    3:02 CV 1874 (JBA)

v.                                        :

METRO-NORTH RAILROAD CO. ET AL.           :    DATE: DECEMBER 19, 2003

------------------------------------------------------x
------------------------------------------------------x

BILLY JOE WILSON                          :    3:02 CV 1876 (DJS)

v.                                        :

METRO-NORTH RAILROAD CO. ET AL.           :    DATE: DECEMBER 19, 2003

------------------------------------------------------x
------------------------------------------------------x

FREDERICK N. KOVAL                        :    3:02 CV 1879 (GLG)

v.                                        :

METRO-NORTH RAILROAD CO. ET AL.           :    DATE: DECEMBER 19, 2003

------------------------------------------------------x
------------------------------------------------------x

SIGISMONDO LoVERME                        :    3:02 CV 1880 (PCD)

v.                                        :

METRO-NORTH RAILROAD CO. ET AL.           :    DATE: DECEMBER 19, 2003

------------------------------------------------------x

AO 72A
(Rev. 8/82)

```
-----------------------------------------------x
                                               :
HENRY MACKEY                                   :   3:02 CV 1881 (AWT)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :   DATE: DECEMBER 19, 2003
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
MICHAEL BETTINI                                :   3:02 CV 2030 (RNC)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :   DATE: DECEMBER 19, 2003
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
PAUL CIUZIO                                    :   3:02 CV 2032 (JBA)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :   DATE: DECEMBER 19, 2003
                                               :
-----------------------------------------------x
-----------------------------------------------x
                                               :
CLYDE GIBBS                                    :   3:02 CV 2037 (WWE)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :   DATE: DECEMBER 19, 2003
                                               :
-----------------------------------------------x
```

AO 72A
(Rev. 8/82)

```
-----------------------------------------------x
THOMAS INFANTINO                               :    3:02 CV 2038 (GLG)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: DECEMBER 19, 2003
-----------------------------------------------x
-----------------------------------------------x
JOSEPH WALZ                                    :    3:02 CV 2041 (DJS)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: DECEMBER 19, 2003
-----------------------------------------------x
-----------------------------------------------x
DAVID B. BETRIX                                :    3:03 CV 181 (WWE)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: DECEMBER 19, 2003
-----------------------------------------------x
-----------------------------------------------x
PEDRO S. RODRIGUEZ                             :    3:03 CV 188 (JBA)
                                               :
    v.                                         :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: DECEMBER 19, 2003
-----------------------------------------------x
```

AO 72A
(Rev. 8/82)

---------------------------------------------------------x

ROBERT F. WRIGHT                    :     3:03 CV 191 (RNC)

V.

METRO-NORTH RAILROAD CO. ET AL.    :     DATE: DECEMBER 19, 2003

---------------------------------------------------------x

### ORDER

On December 18, 2003, the Clerk's Office docketed the letter of plaintiffs' counsel, dated November 26, 2003, with three attachments, and the letter of defense counsel, dated December 3, 2003, also with three attachments, collectively as Dkt. #47 in <u>Kiniry v. Metro-North Railroad Co.</u>, 3:02 CV 1680 (JBA).

The docket entry is hereby incorporated by reference in the thirteen above-captioned files.

Dated at New Haven, Connecticut, this 19th day of December, 2003.

                                                  Joan Glazer Margolis
                                                  United States Magistrate Judge

AO 72A
(Rev. 8/82)