UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| Michael Bettini, | Civil Action No: |
| Plaintiff | 3:02CV02030(RNC) |
| VS. | **FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.** |
| Metro-North Railroad Company, et al. | February 4, 2004 |
| Defendants | |

_____X

FILED
FEB 4  3 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S JANUARY 15, 2004 DATED ORDER

The plaintiffs third and fourth groups of hearing loss cases hereby move for an extension of time up to and including April 30, 2004 to comply with the Court's January 15, 2004 Order granting, in part, the Conrail Defendants' Motion to Compel.

In support hereof, the plaintiffs state the following:

1. This is the first motion to extend the Court's deadline for compliance.

2. Today undersigned counsel has contacted Conrail's counsel, Lori McCarthy, and she has no objection to the instant motion.

3. Today, undersigned counsel contacted Metro-North's attorney, Tony Sutton, and he has no objection to the instant motion.

4. There are twenty-one plaintiffs in the third and fourth groups of hearing loss cases subject to the Court's Order.[1] D. Conn. L. R. Civ. P. 37(a) 5 provides that

---

[1] Michael Bettini v. Metro-North, et al. 3:02CV02030 (RNC); Paul Ciuzio v. Metro-North, et al. 3:02CV02032 (JBA); Richard Fanning v. Metro-North, et al. 3:02CV02034 (SRU); Thomas Farley v. Metro-North, et al. 3:02CV02035 (WWE); Calogero Farruggio v. Metro-North, et al. 3:02CV02036 (CFD); Clyde Gibbs v. Metro-North, et al. 3:02CV02037 (WWE); Thomas Infantino v. Metro-North, et al. 3:02CV02038 (GLG); Antonio Sartori v. Metro-North, et al. 3:02CV02039 (PCD); Lawrence Tramaglini v. Metro-North, et al. 3:02CV02040 (SRU); Joseph Walz v. Metro-North, et al. 3:02CV02041 (DJS); Maurice Barrett v. Metro-North, et al. 3:03CV00180 (DJS); David B. Betrix v. Metro-North, et al. 3:03CV00181 (WWE); Thomas Byrne, Sr. v. Metro-North, et al. 3:03CV00182 (CFD);

"[u]nless a different time is set by the Court, compliance with discovery ordered by the Court should be made in ten (10) days of filing of the Court's order." The reason plaintiffs' counsel requests an extension of the deadline for compliance to the end of April is because efforts from now until the end of March 31st counsel will be focused on completing fact discovery in the first and second groups of hearing loss cases. There are five plaintiffs who have not been deposed from the first and second groups of cases and one plaintiff who was deposed for four and a half hours and whose deposition is not yet completed. Additionally, the plaintiffs intend to take several depositions of Metro-North officials and Conrail officials. Conrail mentioned that it may take additional depositions. Also, from now until the end of March, plaintiffs in the third and fourth groups of hearing loss cases will be trying to complete interrogatory responses. To date, seven plaintiffs from the third group of hearing loss cases have already completed interrogatory answers.

5. The deadline for the defendants to depose the plaintiffs' experts with respect to the first and second groups of cases is May 31, 2004. Fact discovery in the third and fourth groups of hearing loss cases is scheduled to end on September 30, 2005.

Wherefore, the plaintiffs in the third and fourth groups of hearing loss cases request an extension of time up to and including April 30, 2004 to comply with the Court's January 15, 2004 dated Order.

---

Frank A. DiLorenzo v. Metro-North, et al. 3:03CV00183 (AWT); Dennis Inconstanti v. Metro-North, et al. 3:03CV00184 (JCH); John F. Johnson, Jr. v. Metro-North, et al. 3:03CV00185 (GLG); Jerry D. Patterson, Sr. v. Metro-North, et al. 3:03CV00187 (GLG); Pedro S. Rodriguez v. Metro-North, et al. 3:03CV00188 (JBA); Richard Starr v. Metro-North, et al. 3:03CV00189 (RNC);' Robert West v. Metro-North, et al. 3:03CV00190 (AWT);' Robert F. Wright v. Metro-North, et al. 3:03CV00191 (RNC).

FOR THE PLAINTIFFS,

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 4th day of February, 2004, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.

_____
Scott E. Perry