UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BETTINI | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : CIVIL ACTION NO. 3:02 CV 2030 (RNC) |
| | : |
| METRO-NORTH RAILROAD COMPANY, | : |
| CONSOLIDATED RAIL CORPORATION | : |
| and AMERICAN FINANCIAL GROUP, | : |
| INC., f/k/a AMERICAN PREMIER | : JANUARY 10, 2005 |
| UNDERWRITERS, INC., f/k/a PENN | : |
| CENTRAL CORPORATION | : |
| | : |
| Defendants. | : |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 10, 2005     _____
    Susan B. Parzymieso, Esq.  (CT 25301)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Michael Bettini

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.155\appearancebettini.wpd
205.155