IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICKOLAS ATLAS | 3:02 CV 2029 (DJS) |
| v. | |
| METRO-NORTH RAILROAD CO. | DATE: FEB. 24, 2005 |
| MICHAEL BETTINI | 3:02 CV 2030 (RNC) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |
| RICHARD F. FANNING | 3:02 CV 2034 (SRU) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |
| THOMAS FARLEY | 3:02 CV 2035 (WWE) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| CALOGERO G. FARRUGGIO | : | 3:02 CV 2036 (CFD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| THOMAS INFANTINO | : | 3:02 CV 2038 (WWE) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| ANTONIO SARTORI | : | 3:02 CV 2039 (PCD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| LAWRENCE TRAMAGLINI | : | 3:02 CV 2040 (SRU) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| THOMAS BYRNE, SR. | : | 3:03 CV 182 (CFD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| FRANK A. DiLORENZO | : | 3:03 CV 183 (AWT) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| DENNIS INCONSTANTI | : | 3:03 CV 184 (MRK) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: FEB. 24, 2005 |

| | | |
|---|---|---|
| JOHN J. MELILLO | : | 3:03 CV 186 (RNC) |
| v. | : | |
| METRO-NORTH RAILROAD CO. | : | DATE: FEB. 24, 2005 |

| | |
|---|---|
| PEDRO S. RODRIGUEZ | 3:03 CV 188 (JBA) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

| | |
|---|---|
| RICHARD STARR | 3:03 CV 189 (RNC) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

| | |
|---|---|
| ROBERT F. WRIGHT | 3:03 CV 191 (RNC) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, plaintiff's Motions for Extension of Scheduling Order Deadlines, Atlas, 3:02 CV 2029 (DJS), Dkt. #29; Bettini, 3:02 CV 2030 (RNC), Dkt. #57; Fanning, 3:02 CV 2034 (SRU), Dkt. #52; Farley, 3:02 CV 2035 (WWE), Dkt. #52; Farruggio, 3:02 CV 2036 (CFD), Dkt. #57; Infantino, 3:02 CV 2038 (WWE), Dkt. #55; Sartori, 3:02 CV 2039 (PCD), Dkt. #56; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #48; Byrne, 3:03 CV 182 (CFD), Dkt. #45; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #50; Inconstanti, 3:03 CV 184 (MRK), Dkt. #53; Melillo, 3:03 CV 186 (RNC), Dkt. #28; Rodriguez, 3:03 CV 188 (JBA), Dkt. #53; Starr, 3:03 CV 189 (RNC), Dkt. #47; Wright, 3:03 CV 191 (RNC), Dkt. #54, are granted by agreement as follows:

All fact discovery shall be completed **on or before April 1, 2005**; defendant's expert report(s) shall be disclosed **on or before April 30, 2005**; defendant's expert(s) shall be deposed **on or before May 30, 2005**; plaintiff's expert report(s) shall be disclosed **on or before May 30, 2005**; and plaintiff's expert(s) shall be deposed **on or before June 30, 2005**.

Dated at New Haven, Connecticut, this 24th day of February, 2005.

______/s/_________________
Joan Glazer Margolis
U.S. Magistrate Judge