UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BETTINI, | : |
| Plaintiff, | : |
| | : CASE NO. 3:02CV2030(RNC) |
| v. | : |
| METRO-NORTH RAILROAD CO. | : |
| Defendant. | : |

J U D G M E N T

On November 22, 2005, counsel reported that this case had been settled. The parties were ordered to submit closing papers on or before January 20, 2006, and were informed that the action would be dismissed if closing papers were not filed on or before that date. As of today, no closing papers have been filed. Accordingly, this action is hereby dismissed with prejudice but without costs.

So ordered.

Dated at Hartford, Connecticut this   day of February 2006.

/S/
Robert N. Chatigny
United States District Judge